# In the United States Court of Federal Claims
## OFFICE OF SPECIAL MASTERS
No. 15-134V
Filed:  February 7, 2017

* * * * * * * * * * * * * * *
AMY LYNN VAKALIS,

    Petitioner,

v.

SECRETARY OF HEALTH
AND HUMAN SERVICES,

    Respondent.
* * * * * * * * * * * * * * *

UNPUBLISHED

Special Master Sanders

Joint Stipulation of Dismissal;
Vaccine Rule 21(a); No Judgment;
Order Concluding Proceedings

Mark L. Krueger, Krueger & Hernandez, S.C., Baraboo, WI, for Petitioner.
Lara A. Englund, United States Department of Justice, Washington, DC, for Respondent.

## ORDER CONCLUDING PROCEEDINGS[1]

On February 10, 2015, Amy Lynn Vakalis ("Petitioner") filed a petition for compensation under the National Childhood Vaccine Injury Act of 1986, 42 U.S.C. §§ 300aa-1 to -34 (2012). Petitioner alleged that the administration of Gardasil vaccines on December 15, 2006; February 12, 2007; and an unrecorded third date of vaccination, caused her to develop premature ovarian failure ("POF" or "POI").  Pet. at Preamble, ECF No. 1.

On February 7, 2017, Petitioner and Respondent submitted a joint Stipulation of Dismissal. Stip., ECF No. 30.  Accordingly, pursuant to Vaccine Rule 21(a) the above-captioned case is

---

[1] Because this unpublished Order contains a reasoned explanation for the action in this case, the undersigned intends to post it on the United States Court of Federal Claims' website, in accordance with the E-Government Act of 2002. 44 U.S.C. § 3501 note (2012) (Federal Management and Promotion of Electronic Government Services).  In accordance with Vaccine Rule 18(b), petitioner has 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy.  If, upon review, the undersigned agrees that the identified material fits within this definition, the undersigned will redact such material from public access.

hereby **dismissed without prejudice**.  The Clerk of the Court is hereby instructed that a **judgment shall not enter** in the instant case pursuant to Vaccine Rule 21(a).

        **IT IS SO ORDERED.**

<u>/s/Herbrina D. Sanders</u>
Herbrina D. Sanders
Special Master